No. 6,902.—E. F. CUMMER, RESPONDENT, *v.* JOHN W. MOON, APPELLANT.

Decided February 13, 1932.

PER CURIAM.—This cause came on regularly for hearing, respondent appearing *pro se,* counsel for appellant not appearing. Thereupon counsel for respondent moved to dismiss the appeal. It appearing that appellant's brief does not comply with subdivisions (b) and (c) of section 3, Rule X of this court, and that the undertaking on appeal does not comply with the provisions of section 9734, Revised Codes of 1921, it is ordered that the appeal be, and it is hereby, dismissed.

*Mr. Harry H. Parsons,* for Appellant.

*Mr. E. F. Cummer, pro se.*